OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK                    FOR THE THIRD CIRCUIT                 215-597-2995
                         21400 UNITED STATES COURTHOUSE
                         601 MARKET STREET
                         PHILADELPHIA 19106-1790

June 30, 2005

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

                    Re:   USA v. Hanulik
                          D. Del. Crim. No. 95-cr-00006-SLR

Dear Mr. Dalleo:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. The notice was dated June 21, 2005 and was mailed via institutional mail.

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

                                        Very truly yours,

                                        Marcia M. Waldron, Clerk

                                   By:  /s/ Laura L. Greene
                                        Laura L. Greene
                                        Motions Attorney

Enclosure
cc: Robert L. Hanulik (w/out enclosure)