UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

July 11, 2005

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

                RE: USA v.  Robert L. Hanulik
                    Criminal Action No. 95-6
                    USCA No.  05-3282

Dear Ms. Waldron:

      Enclosed please find:

   ___  One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.  Transcript Purchase Order is filed and record is ready for appeal purposes.

   XXXX  The Actual Record with one certified copy and one uncertified copy of the docket entries.  Documents filed after February 28, 2005 will not be sent.  They were electronicly filed.  Please find them on cm/ecf.

   ___  One certified copy of the docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

   ___  The Actual _____ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

      Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                                Very truly yours,

                                  Deputy Clerk

Enclosures